```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Alexander Otis Matthews

       v.                                 Civil No. 16-cv-54-LM

FCI Berlin, Warden

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 18, 2016.

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: May 31, 2016

cc:   Alexander Otis Matthews, Esq.
       Seth R. Aframe, Esq.